

13-CV-05188-ORD

# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LEONARD L. SIMPSON and NELLIE-MAY SIMPSON, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>LADY NELL, Official No. 941807, its Engines, Machinery, Appurtenances, etc., *In Rem*;<br><br>and<br><br>WIN CHANG INC., a Washington corporation, *In Personam*,<br><br>Defendants. | IN ADMIRALTY<br><br>Case No. C13-5188 RJB<br><br>[~~PROPOSED~~] ORDER APPOINTING SUBSTITUTE CUSTODIAN, FOR PERMISSION TO MOVE THE VESSEL, AND FOR BOARDING AND INSPECTION |

Plaintiffs, Leonard L. Simpson and Nellie-May Simpson, by and through their attorney, John E. Casperson of Holmes Weddle & Barcott, P.C., having appeared, now make the following recitals:

1. On March 12, 2013, a complaint herein was filed praying that the defendant vessel LADY NELL, Official No. 941807, its engines, machinery, and appurtenances, etc. ("Vessel"), be condemned and sold to pay Plaintiffs's claims and for other proper relief.

2. In the immediate future, the Clerk of this Court is expected to issue a warrant for arrest of the Vessel, commanding the United States Marshal for this District

ORDER FOR SUBSTITUTE CUSTODIAN - 1

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

1. to arrest and take into custody the Vessel and to detain the same in its custody until further order of this Court respecting same.

3. It is contemplated that the United States Marshal will seize the Vessel forthwith. Custody by the United States Marshal requires the services of one or more keepers at charges substantially in excess of those to be made by the substitute custodian alone, not including charges for moorage and the other services usually associated with safekeeping vessels similar to the defendant Vessel.

4. The Vessel is currently located at Ilwaco Marina, WA. Plaintiffs are agreeable to allow Matt Schneider to assume the responsibility of safekeeping the Vessel, and Mr. Schneider has consented to act as it's custodian until further order of this Court. Mr. Schneider has also consented to move the Vessel from its current location to a secure suitable marine facility in LaPush, Washington where the Plaintiffs, the former owners of the Vessel, can assist in providing for its care and keeping for security purposes.

5. Mr. Schneider, by certification submitted herewith and made a part hereof, avers that he can supervise the defendant Vessel at a charge of $20.00 per day, and that he is the beneficiary of insurance, for damage sustained by third parties due to negligence committed during custody through the United States Marshal's office. Further, in said certification substitute custodian accepts, in accordance with the terms of this order, possession of the defendant Vessel, its engines, machinery, and appurtenances, etc., which is the subject of the action herein.

6. In consideration of the United States Marshal's consent to the appointment of Mr. Schneider as substitute custodian, Plaintiffs agrees to release the United States and the United States Marshal from any and all liability and responsibility arising out of care and custody of the Vessel, from the time the United States Marshal transfers possession of the Vessel over to said substitute custodian, and Plaintiffs further agrees to hold

ORDER FOR SUBSTITUTE CUSTODIAN - 2

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

harmless and indemnify the United States and the United States Marshal from any and all claims whatsoever arising out of the substitute custodian's possession and safekeeping.

THEREFORE, IT IS ORDERED that the United States Marshal for the District of Alaska is authorized, upon seizure of the Vessel, pursuant to Warrant for Arrest, to surrender the possession thereof to Mr. Schneider as substitute custodian named herein, and that upon such surrender the United States Marshal shall be discharged from the duties and responsibilities for the safekeeping of the Vessel and held harmless from any and all claims arising whatever out of said custodial services.

IT IS FURTHER ORDERED that Mr. Schneider is appointed custodian of the Vessel and shall retain the Vessel in his custody for possession and safekeeping until further order of this Court and that Mr. Schneider may move the Vessel from its current location to a secure facility in LaPush, Washington where the Plaintiffs as prior owners and having an interest in preserving the value of the Vessel as collateral, may provide additional security and safekeeping, subject at all times to the order and direction of the custodian. All costs for such movement and safekeeping shall be paid by Plaintiffs, and may, upon further order of this Court, be deemed administrative costs herein.

IT IS FURTHER ORDERED that the substitute custodian may permit boarding and inspection of the Vessel by marine surveyors, Plaintiffs, and prospective purchasers in order to protect and preserve the Vessel and to determine the Vessel's condition and value. All costs of such boardings and inspections shall be paid by Plaintiffs and may, upon further order of this Court, be deemed administrative costs herein. All persons entering on board the Vessel shall execute a waiver and release in the form attached hereto.

IT IS FURTHER ORDERED that Plaintiffs' attorney serve a copy of this order on the owner of the Vessel.

ORDER FOR SUBSTITUTE CUSTODIAN - 3

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

1. It is further requested that the Clerk of this Court deliver three certified copies of
2. this order to the United States Marshal forthwith.

4. DATED this 13 day of March, 2013,

_____
UNITED STATES DISTRICT JUDGE

Presented By:

HOLMES WEDDLE & BARCOTT, P.C.

s/ John E. Casperson
John E. Casperson, WSBA #14292
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: jcasperson@hwb-law.com
Attorney for Plaintiffs

**Approved for Entry:**

_____
UNITED STATES MARSHAL
Western District of Washington

G:\827\16583\LADY NELL\Order Subst Cust.doc

ORDER FOR SUBSTITUTE CUSTODIAN - 4

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289